# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Glenn Alin Martinoff                           Docket No. 7:96-CR-27-1

### Petition for Action on Supervised Release

      COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Glenn Alin Martinoff, who, upon an earlier plea of guilty to Bank Robbery in violation of 18 U.S.C. § 2113(a), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on December 10, 1996, to the custody of the Bureau of Prisons for a term of 170 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

      Glenn Alin Martinoff was released from custody on May 19, 2010, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Prior to the defendant's release from custody, the court modified the conditions of supervision to include a 180 day placement in a residential re-entry center (RRC), due to a lack of a viable residence. The defendant entered the RRC on May 19, 2010. The placement is set to expire on November 12, 2010. For the majority of the placement, the defendant made little effort to secure employment or a suitable post release residence. On October 5, 2010, the defendant was interviewed for placement in a transitional living program and proceeded to derail this release plan by demonstrating an unmotivated demeanor and telling the agency representative he was a "white

Glenn Alin Martinoff
Docket No. 7:96-CR-27-1
Petition For Action
Page 2

separatist" and would not share a room with a person of African-American heritage. The defendant's uncooperative attitude and lack of motivation was addressed by means of a conference with the Supervising U.S. Probation Officer. In mitigation, the defendant did recently secure employment, but lost this position after about a week due to no fault of his own. While not an ideal solution, it appears an extension of the RRC placement is warranted. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry renter (RRC) for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The defendant may be released from the RRC before the 180 day placement is complete if an appropriate residence is secured by the defendant, as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ Chip Williams |
| Kevin L. Connolley | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: (910) 815-4857 |
| | Executed On: October 25, 2010 |

ORDER OF COURT

Considered and ordered this ___1___ day of __November__, 2010, and ordered filed and made a part of the records in the above case.

W. Earl Britt
Senior U.S. District Judge